Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel:  (415) 392-4844
Fax: (415) 392-79-73

ATTORNEY FOR PLAINTIFF JEAN MILLER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY, et al.,<br><br>　　　　Defendants. | CASE NO.: 2:06-CV-0489-RRB-KJM<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DATES** |

　　The parties have been engaged in discovery proceedings in this matter through written discovery and the deposition of Plaintiff which was taken but not completed on July 13, 2007. Plaintiff's complaint alleges medical injuries, and therefore extensive medical records pertaining to Plaintiff have been requested by Defendants. Because of privacy concerns of the Plaintiff, the parties recently entered into a Stipulated Protective Order which has been submitted as a proposed order to the Court.

　　Plaintiff has been working on retrieving medical records from numerous and various medical institutions and healthcare providers, and following the execution of the Stipulated Protective Order Plaintiff provided a CD full of medical records to the Defendants. However, until July 17, 2007, Plaintiff was unable to obtain important records from the Enloe Behavioral Health Center in Chico, California. It was originally represented to Plaintiff that these records were lost, and only recently did Plaintiff determine that the records existed and could be retrieved. Plaintiff received the Enloe

-1-

PDF created with pdfFactory trial version www.pdffactory.com

records on July 17, 2007. There are more than 200 pages in these records.

The Pretrial Scheduling Order in this case requires that expert witnesses be disclosed on August 3, 2007, with the final date for completion of discovery on November 9, 2007. Dispositive motions must be filed by January 23, 2008, the final pretrial conference is set for March 28, 2008, and trial is set to commence on May 5, 2008.

The parties have met and conferred regarding the dates set forth in the Pretrial Scheduling Order, and agree that because of the difficulty in obtaining the medical records, and because the Enloe Behavioral Health records were not obtained until July 17, 2007, the discovery cut-off dates and the date set for expert witness disclosure are not feasible. Experts cannot be retained without a complete analysis of all of the medical records, followed by the completed deposition of the Plaintiff. Based on these facts, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel of record, and hereby ORDERED by the Court that there shall be a 90-day extension for expert witness disclosure and a 60-day extension for the general discovery cut-off. The new dates will be as follows:

Expert Witness Disclosure – November 5, 2007

Discovery Completion Date – January 9, 2007

Dated: July _____, 2007    By: _____
                                KENNETH FRUCHT
                                Attorney for Plaintiff Jean Miller

Dated: July _____, 2007    By: _____
                                JOHN WHITEFLEET
                                Attorney for Butte County Defendant

Dates: July _____, 2007    By: _____
                                Jerome Varanini
                                Attorney for CFMG

IT IS SO ORDERED

Dated: July 20, 2007          /s/ Ralph R. Beistline_____
                                JUDGE RALPH R. BEISTLINE
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT FOR THE EASTERN DISTRICT

-2-

PDF created with pdfFactory trial version www.pdffactory.com