**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Bruce S. Alpert, SBN 075684
**BUTTE COUNTY COUNSEL**
25 County Center Drive
Oroville, CA 95965-3380
(530) 538-7621
(530) 538-6891 (facsimile)

ATTORNEYS FOR: Defendants BUTTE COUNTY, BUTTE COUNTY SHERIFF'S DEPARTMENT and PERRY RENIFF

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MILLER, | Case No. CIV 06-0489 RBB KJM |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCLOSURES**; **ORDER** |
| vs. | |
| BUTTE COUNTY, BUTTE COUNTY SHERIFF'S DEPARTMENT, PERRY RENIFF, SHAROL STRICKLAND, CALIFORNIA FORENSIC MEDICAL GROUP, INC. And DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

The parties, by and through their respective attorneys of record, hereby agree to the proposed change set forth below and request the Court modify the Scheduling Order filed September 1, 2006 as follows:

| | **Old Date** | **New Date** |
|---|---|---|
| Expert Witnesses Disclosure | November 5, 2007 | November 26, 2007 |

///

---

**1**

00538474.WPD    **STIPULATION TO CONTINUE EXPERT DISCLOSURES**

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1  Good cause exists to modify the Scheduling Order. The parties are in the process of
2  discussing further modifications of Scheduling Order to include continuation of non-
3  percipient discovery cut off, dispositive motion deadline and trial in order to allow for the
4  unfortunate delay in obtaining voluminous medical records of Plaintiff regarding Plaintiff's
5  extensive medical and mental history. Thus, additional time is both reasonable and necessary
6  to obtain documents in order to provide them to expert witnesses in sufficient time to prepare
7  Rule 26 disclosures and exchange of said materials, and conduct further discovery on same.

Respectfully submitted,

DATED: October 29, 2007                LAW OFFICES OF KENNETH FRUCHT

                                       /s/ Kenneth N. Frucht
                                       By _____
                                       Kenneth N. Frucht
                                       Attorney for Plaintiff JEAN MILLER

DATED: October 29, 2007                TRIMBLE, SHERINIAN & VARANINI

                                       /s/ Jerome M. Varanini
                                       By _____
                                       Jerome M. Varanini
                                       Attorneys for Defendant CALIFORNIA
                                       FORENSIC MEDICAL GROUP, INC

DATED: October 29, 2007                PORTER, SCOTT, WEIBERG & DELEHANT
                                       A Professional Corporation

                                       /s/ John R. Whitefleet
                                       By _____
                                       Terence J. Cassidy
                                       John R. Whitefleet
                                       Attorneys for Defendants
                                       BUTTE COUNTY, BUTTE COUNTY
                                       SHERIFF'S DEPARTMENT and PERRY
                                       RENIFF

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:  October 29, 2007               /s/ Ralph R. Beistline
                                       U. S. District Judge

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

**2**

00538474.WPD    **STIPULATION TO CONTINUE EXPERT DISCLOSURES**