KENNETH N. FRUCHT, State Bar No. 178881
Law Office of Kenneth Frucht
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

ATTORNEY FOR PLAINTIFF JEAN MILLER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MILLER<br><br>    Plaintiff,<br><br>v.<br><br>BUTTE COUNTY, BUTTE COUNTY SHERIFF'S DEPARTMENT, PERRY RENIFF, SHAROL STRICKLAND, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DOES ONE through TWENTY, inclusive,<br><br>    Defendants. | CASE NO: 2:06-CV-0489-RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND DISCOVERY CUT-OFF** |

    This case involves allegations by Plaintiff that she was wrongfully jailed in the Butte County Jail in March 2004, and was injured as a result of negligent medical treatment while in the jail. There are voluminous medical records, Plaintiff alleged injuries are made more complicated by similar preexisting injuries that are the subject of another lawsuit, and discovery has been slowed by difficulty in obtaining Plaintiff's complete medical records. The parties previously requested an extension of the discovery deadlines in July 2007, and the Court signed a Stipulated Order extending the discovery deadlines on July 20, 2007. However, because of the past delays in obtaining records,

-1-

PDF created with pdfFactory trial version www.pdffactory.com

the parties have been unable to complete discovery in accordance with the modified scheduling order.

Plaintiff's deposition was completed on October 26, 2007. and on that date the parties agreed to extend expert discovery deadlines by several weeks to allow the parties to meet and confer on a global extension of discovery deadlines and a continuance of the trial date.  The Court signed the Stipulated Order on October 29, 2007.  The parties have verbally agreed to extend the expert disclosures by one more week in order to seek the Court's approval of this stipulation and order.

Trial is currently set to commence on May 5, 2008, and the discovery cut-off is January 9, 2008.  The parties agree that they cannot complete their discovery by January 9, 2008, and in addition to general discovery, additional time is still needed to allow the parties' experts to fully review the documents.  The parties therefore request a 6-month continuance of the trial date, and an extension of all other trial related dates in accordance with a new trial date.

Depending on the Court's concurrence and availability, and based on the above facts, IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel of record, and hereby ORDERED by the Court that trial is continued and the following schedule is ordered:

| | |
|---|---|
| Expert Witness Disclosure: | March 14, 2008 |
| Expert Witness Rebuttals: | March 28, 2008 |
| Discovery Completion Date: | June 20, 2008 |
| Last Date to Hear Dispositive Motions: | August 15, 2008 |
| Joint Pretrial Statements: | October 3, 2008 |
| Final Pretrial Conference: | October 10, 2008     3:00 p.m. |
| Trial: | November 17, 2008    8:30 a.m. |

Dated: November 27, 2007          By: _____
                                                        KENNETH FRUCHT
                                                        Attorney for Plaintiff Jean Miller

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3  Dated: November 27, 2007            By: _____
4                                          JOHN WHITEFLEET
                                           Attorney for Butte County Defendant
5
6  Dated: November 27, 2007            By: _____
7                                          JEROME VARININI
                                           Attorney for CFMG
8
9
10  IT IS SO ORDERED
11
12
13  Dated: November 28, 2007            /s/ Ralph R. Beistline
                                        JUDGE RALPH R. BEISTLINE
14                                      JUDGE OF THE U.S. DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

PDF created with pdfFactory trial version www.pdffactory.com